CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
December 16, 2025
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. 3:25-cv-00064 |
| Plaintiff, | ) | |
| v. | ) | SCHEDULING ORDER ADDENDUM |
| | ) | |
| SLOBODAN LETIC, | ) | |
| Defendant. | ) | By:   Joel C. Hoppe |
| | ) | United States Magistrate Judge |

1.     The parties should contact Judge Hoppe's chambers by email at hoppe.ecf@vawd.uscourts.gov for scheduling any matters before Judge Hoppe.

2.     Before filing a contested discovery motion, the parties must email Judge Hoppe's chambers at hoppe.ecf@vawd.uscourts.gov and attach to the email a joint document of no more than five (5) pages identifying the discovery request(s) at issue, the parties' arguments for why the discovery should or should not be produced, and the requesting party's certification under Rule 26(c)(1) of the Federal Rules of Civil Procedure that the party "has in good faith conferred or attempted to confer with the other affected parties in an effort to resolve the dispute without court action." Fed. R. Civ. P. 26(c)(1); *accord* Fed. R. Civ. P. 37(a)(1). The Court expects that the parties will work collaboratively to prepare the joint document. After receiving the parties' email, chambers will direct the Clerk's office to file the document on CM/ECF and promptly schedule an informal hearing on the record.

It is so ORDERED.                                    ENTER: December 16, 2025

Joel C. Hoppe
U.S. Magistrate Judge