CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
August 31, 2026
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

United States of America,

Plaintiff,

v.

Slobodan Letič,

Defendant.

Civil Action No. 3:25-cv-00064

# ORDER

This matter is before the court on Plaintiff United States of America's unopposed motion for a letter of request. (Dkt. 24.) In the motion, the government moves the court to enter an order issuing a Letter of Request for International Judicial Assistance to authorize a Commissioner in Bosnia ("Letter of Request") pursuant to 28 U.S.C. § 1781 and Chapter II of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, 28 U.S.T. 2555 (the "Hague Convention"). It also moves the court to appoint Plaintiff's counsel as Commissioner. (Dkt. 24.) The court, having reviewed the government's motion and attachments, finds that Plaintiff has demonstrated that the issuance of the Letter of Request and appointment of Plaintiff's counsel is necessary, practical, and appropriate. The government's unopposed motion is **GRANTED**. The court **ORDERS** that:

1. The Letter of Request attached to the government's motion, (Dkt. 24-1), is hereby issued as this court's Letter of Request and fully incorporated herein.

2. Pursuant to Article 17 of the Hague Convention, Christopher Lyerla, an attorney admitted to the Texas State Bar and whose address is United States Department of Justice, Civil Division, Office of Immigration Litigation, 450 5th Street NW, Ste. 5036, Washington, DC 20001, (the "Commissioner") is hereby duly appointed, pending the approval of the Bosnian Ministry of Justice and subject to the terms of the Letter of Request, as Commissioner to:

a. Take evidence by facilitating the depositions by Plaintiff and Defendant of nine listed witnesses in the Letter of Request in Bosnia, pursuant to Article 17 of the Hague Convention and in performance of his appointment as Commissioner; and

b. Upon completion, to inform the Bosnian Ministry of Justice.

3. The signed Order and the signed Letter of Request will be given to Plaintiff's counsel, which will transmit both documents, along with Bosnian translations of both documents, to the Bosnian Ministry of Justice, Trg Bosne i Hercegovine 1, 71000 SARAJEVO, Bosnia and Herzegovina.

4. The costs of this Hague Convention process, including translation fees for these motion papers, and any transmittal costs for the documents, will be borne by Plaintiff. Each party will be responsible for the fees and expenses, if any, of its own attorneys relating to any proceedings arising from this Hague Convention process, including but not limited to the costs of travel. The parties have not waived and reserve all rights to pursue relief pursuant to United States law and rules including, but not limited to, the Federal Rules of Civil Procedure.

The Commissioner will adhere to any such order issued by this Court relating to document discovery or the conduct of the deposition in the above-captioned action.

5. The government's motion, proposed Order, the transmission of documents by Plaintiff's counsel to the Bosnian Ministry of Justice pursuant to the Hague Convention, the taking of depositions, and the terms of the Letter of Request for International Judicial Assistance shall not constitute or operate as a waiver of any argument, position, objection, allegation or claim or defense of any party in the above-captioned action, including any defenses that Defendant has raised or may otherwise have, or of the attorney-client privilege, the work product doctrine, the Fifth Amendment right against self-incrimination, or any other privileges, rights, protections or prohibitions that may apply to that evidence under the laws of Bosnia or the United States.

The Clerk is directed to send a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

**ENTERED** this 31st day of August, 2026.

Jasmine H. Yoon

HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE